Frederick Lyle Ikenson, Blank Rome LLP, Washington, DC, argued for plaintiff-appellee. Also represented by Kierstan Lee Carlson, Larry Hampel, Victoria Ortega.

Michael D. Snyder, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by Benjamin C. Mizer, Jeanne E. Davidson, Patricia M. McCarthy, Michael D. Snyder; Amanda T. Lee, Office of the Chief Counsel for Trade Enforcement and Compliance, United States Department of Commerce, Washington, DC.

CHEN, CLEVENGER, and BRYSON, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Edward R. Reines, Weil, Gotshal & Manges LLP, Redwood Shores, CA, argued for appellant. Also represented by Derek C. Walter; Robert Danny Huntington, Seth Edward Cockrum, Rothwell, Figg, Ernst & Manbeck, P.C., Washington, DC.

David Isaac Gindler, Irell & Manella LLP, Los Angeles, CA, argued for appellee. Also represented by Andrei Iancu, Sandra Haberny; Greg Gardella, Oblon, McClelland, Maier & Neustadt, LLP, Alexandria, VA.

MOORE, TARANTO, and STOLL, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

The BOARD OF TRUSTEES OF the LELAND STANFORD JUNIOR UNIVERSITY, Appellant

v.

ARIOSA DIAGNOSTICS, INC., Appellee.

No. 2015–1413.

United States Court of Appeals, Federal Circuit.

Feb. 8, 2016.

INTERFACE, INC., Appellant

v.

TANDUS CENTIVA INC., Appellee.

Nos. 2015–1475, 2015–1668.

United States Court of Appeals, Federal Circuit.

Feb. 8, 2016.